IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00280-WDM-MJW

OLOYES D. WALLIN,

       Plaintiff,

v.

MS. HILL,
MR. SLOAN, Assistant Warden,
MR. H. BRILL, Warden,
MS. WEDERSKI,
MS. BAIR,
MR. BOUJOURNAL, C.D.O.C.,
MR. E. GILLESPIE, C.D.O.CO.,
MR. JOHN DOE, Correctional Corporations of America (CCA),
MR. JOE ORTIZ, Colorado Department of Corrections (CDOC), and
MR. SAFFER,

       Defendants.

---

### ORDER TO CURE DEFICIENCY

Miller, Judge

    Plaintiff submitted a Prisoner Motion and Affidavit to Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P. 24 on Septemver 23, 2005.  I have determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     ___    is not submitted
     ___    is missing affidavit
     ___    is missing certified copy of prisoner's trust fund statement for the 6-month

          period immediately preceding this filing
\_\_   is missing required financial information
\_\_   is missing an original signature by the prisoner
X   is not on proper form (must use the court's current form)
\_\_   other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, on September 26, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge